834 A.2d 1138

**Kim M. GUZAN, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October 2003, we **GRANT** the Petition for Allowance of Appeal, and **LIMIT** it to the following issue:

Is entry of judgment in a sister state on a finding of guilt or a plea of guilty required for Pennsylvania to deem the licensee "convicted" for purposes of Articles II and III of the Driver's License Compact, as codified at 75 Pa.C.S. § 1581?